IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MARSHALL T. AND TAMI SAVAGE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES, ) <br> ) <br> Defendant. ) | No. 23-1057 T <br> (Judge Ryan T. Holte) |

# NOTICE OF APPEARANCE

To the Clerk:

    Please enter the appearance of Karen E. Servidea as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

    Karen E. Servidea, Esquire
    U.S. Department of Justice
    Tax Division
    Court of Federal Claims Section
    Post Office Box 26
    Ben Franklin Station
    Washington, D.C.  20044

July 18, 2023

    s/ *Karen E. Servidea*
    Karen E. Servidea
    Attorney of Record
    U.S. Department of Justice
    Tax Division
    Court of Federal Claims Section
    Voice: (202) 616-3423
    Fax: (202) 514-9440
    Email: karen.e.servidea@usdoj.gov