## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **MARSHALL T. AND TAMI SAVAGE,** | ) CIVIL ACTION No. 23-1057 T |
| | ) |
| | ) **Judge Ryan T. Holte** |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Defendant.** | ) |

### MOTION FOR LEAVE TO REFILE REDACTED COMPLAINT

1. Marshall T. Savage and his spouse, Tami Savage, ("**Plaintiffs**"), by and through the undersigned counsel, seek leave to refile a redacted version of their Complaint, Exhibits, and Civil Cover Sheet as attached hereto to be made publicly accessible.

2. Plaintiffs have redacted all but the last four digits of the taxpayers' social security numbers and taxpayer identification numbers contained in the Complaint as well as the entirety of Exhibits.

3. The confidential references contained in ECF No, 3-12 at 2, are redacted pursuant to RCFC 5.2 and RCFC 9(m).

4. The Defendant does not oppose this Motion and the refiling of the redacted Complaint.

WHEREFORE, for the reasons stated herein, Plaintiffs respectfully request leave to refile the redacted Complaint, Exhibits, and Civil Cover Sheet as specified.

Respectfully submitted,

*Elizabeth A. Smith*
ELIZABETH A. SMITH
BAKER & HOSTETLER LLP
45 Rockefeller Plaza, 15th Floor
New York, NY 10111
Telephone: (212) 589-4277
Esmith@bakerlaw.com

Dated: July 27, 2023.                    Attorney for Plaintiffs