## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

_____

No. 23-1057T
Judge Philip S. Hadji

_____

MARSHALL T. AND TAMI SAVAGE,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.

_____

## APPENDIX TO
## MOTION OF THE UNITED STATES TO DISMISS THE COMPLAINT
## AND MEMORANDUM IN SUPPORT THEREOF

_____

DAVID A. HUBBERT
Deputy Assistant Attorney General

DAVID I. PINCUS
JASON BERGMANN
KAREN E. SERVIDEA
MICHAEL T. COLLINS
Attorneys
U.S. Department of Justice – Tax Division
Court of Federal Claims Section
P.O. Box 26
Washington, D.C.  20044
Phone:  (202) 616-3423
Fax:  (202) 514-9440
E-mail:  karen.e.servidea@usdoj.gov

## **TABLE OF CONTENTS**

| Defendant Exhibit No. | Description | Page |
|---|---|---|
| 1 | Certificate of Assessments, Payments, and Other Specified Matters for Plaintiffs' 2008 Federal Income Tax Year | A-1 |
| 2 | Certificate of Assessments, Payments, and Other Specified Matters for Plaintiffs' 2009 Federal Income Tax Year | A-5 |
| 3 | Certificate of Assessments, Payments, and Other Specified Matters for Plaintiffs' 2010 Federal Income Tax Year | A-8 |
| 4 | Certificate of Assessments, Payments, and Other Specified Matters for Plaintiffs' 2011 Federal Income Tax Year | A-12 |
| 5 | Certificate of Assessments, Payments, and Other Specified Matters for Plaintiffs' 2012 Federal Income Tax Year | A-16 |
| 6 | Certificate of Assessments, Payments, and Other Specified Matters for Plaintiffs' 2013 Federal Income Tax Year | A-20 |
| 7 | Certificate of Assessments, Payments, and Other Specified Matters for Plaintiffs' 2014 Federal Income Tax Year | A-24 |

# Certificate of Official Record

Date    **SEP 0 1 2023**

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Marshall T & Tami Savage covering U.S. Individual Income Tax Return in respect to the tax period ending December 31, 2008 consisting of 3 pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first written.

By direction of the Secretary of the Treasury:



Christina L Brandon
Accounting Operations Manager
Kansas City Submission Processing Center





**Defendant
Exhibit**
1

**A-1**

MARSHALL T & TAMI SAVAGE                EIN/SSN:        4596
                                                        5473


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2008

                                         ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS   CREDIT      DATE
                                         (REVERSAL)     (REVERSAL)
----------------------------------------------------------------------------------

            RETURN PREPARER TIN:


            ADJUSTED GROSS INCOME
                   2,266,430.00-

            SELF EMPLOYMENT TAX
                   690.00

10-19-2009 RETURN FILED & TAX ASSESSED        245,633.00          11-16-2009
           33221-290-37705-9  200944

04-15-2009 WITHHHOLDING                                10,738.00

04-19-2008 ESTIMATED TAX DECLARATION                   25,000.00

06-18-2008 ESTIMATED TAX DECLARATION                   25,000.00

09-19-2008 ESTIMATED TAX DECLARATION                   35,000.00

04-20-2008 OVERPAID CREDIT FROM                        25,000.00
           PRIOR TAX PERIOD

04-15-2008 OVERPAID CREDIT FROM                        116,117.00
           PRIOR TAX PERIOD

01-18-2009 ESTIMATED TAX DECLARATION                   75,000.00

04-14-2009 EXTENSION OF TIME TO FILE
           EXT. DATE  10-15-2009

04-15-2009 EXTENSION OF TIME TO FILE
           EXT. DATE  10-15-2009

04-15-2009 REFUNDABLE CREDIT                           1,200.00

04-15-2009 REFUNDABLE CREDIT                           600.00

04-15-2009 OVERPAYMENT CREDIT ELECT                    (68,022.00)
           TRANSFERRED TO NEXT
           TAX PERIOD

FORM 4340  (REV. 01-2002)               PAGE   1

MARSHALL T & TAMI SAVAGE                    EIN/SSN:          4596
                                                             5473


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2008


                                       ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT      DATE
                                       (REVERSAL)     (REVERSAL)
--------------------------------------------------------------------------------


08-16-2021 CLAIM DISALLOWED
           09254-604-98000-1      05

12-07-2021 RECEIVED POA/TIA

04-03-2023 CLAIM DISALLOWED
           49254-468-98141-3      05

08-16-2023 LEGAL SUIT PENDING


FORM 4340  (REV. 01-2002)                  PAGE    2

```
MARSHALL T & TAMI SAVAGE                 EIN/SSN:          4596
                                                           5473


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2008
-------------------------------------------------------------------------------


BALANCE               0.00

-------------------------------------------------------------------------------
```

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER: Christina L Brandon

PRINT NAME: Christina L. Brandon

TITLE: Accounting Operations Manager

DELEGATION ORDER: KCSPC-11-5-01


LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

          ACCOUNT STATUS DATE 08/30/2023

FORM 4340  (REV. 01-2002)                    PAGE   3

A-4

# Certificate of Official Record

Date    **SEP 0 1 2023**

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Marshall T & Tami Savage covering U.S. Individual Income Tax Return in respect to the tax period ending December 31, 2009 consisting of 2 pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first written.

By direction of the Secretary of the Treasury:



Christina L Brandon
Accounting Operations Manager
Kansas City Submission Processing Center



**Defendant Exhibit**
2

A-5

MARSHALL T & TAMI SAVAGE                    EIN/SSN:           4596
                                                              5473


TYPE OF TAX: U-S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2009

                                    ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT      DATE
                                    (REVERSAL)    (REVERSAL)
--------------------------------------------------------------------------------

           RETURN PREPARER TIN:


           ADJUSTED GROSS INCOME
                2,259,704.00-

           SELF EMPLOYMENT TAX
                1,503.00

10-12-2010 RETURN FILED & TAX ASSESSED        138,662.00        11-15-2010
           89221-282-91916-0  201044

04-15-2010 WITHHOLDING                                  3,532.00

06-18-2009 ESTIMATED TAX DECLARATION                   25,000.00

04-15-2009 OVERPAID CREDIT FROM                        68,022.00
           PRIOR TAX PERIOD

01-25-2010 ESTIMATED TAX DECLARATION                   80,000.00

04-13-2010 EXTENSION OF TIME TO FILE
           EXT. DATE   10-15-2010

04-15-2010 EXTENSION OF TIME TO FILE
           EXT. DATE   10-15-2010

04-15-2010 SUBSEQUENT PAYMENT                          72,600.00

04-15-2010 REFUNDABLE CREDIT                              800.00

04-15-2010 OVERPAYMENT CREDIT ELECT                  (110,492.00)
           TRANSFERRED TO NEXT
           TAX PERIOD

11-15-2010 REFUND                                       (800.00)

08-16-2023 LEGAL SUIT PENDING


FORM 4340  (REV. 01-2002)              PAGE    1

MARSHALL T & TAMI SAVAGE                    EIN/SSN:        4596
                                                            5473


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  2009
-------------------------------------------------------------------------------


BALANCE              0.00

-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

                                        ---------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _Christina & Brandon_

PRINT NAME:_____Christina L. Brandon_____

TITLE:_____Accounting Operations Manager_____

DELEGATION ORDER:_____KCSPC-11-5-01_____


LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

          ACCOUNT STATUS DATE 08/30/2023

FORM 4340  (REV. 01-2002)                    PAGE    2

A-7

# Certificate of Official Record

Date    **SEP 0 1 2023**

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Marshall T & Tami Savage covering U.S. Individual Income Tax Return in respect to the tax period ending December 31, 2010 consisting of 3 pages



under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first written.

By direction of the Secretary of the Treasury:

Christina L Brandon

Christina L Brandon
Accounting Operations Manager
Kansas City Submission Processing Center





**Defendant Exhibit**
3

**A-8**

```
MARSHALL T & TAMI SAVAGE                  EIN/SSN:        4596
                                                          5473


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2010

                                      ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE         EXPLANATION OF TRANSACTION OTHER DEBITS  CREDIT     DATE
                                      (REVERSAL)     (REVERSAL)
--------------------------------------------------------------------------------

             RETURN PREPARER TIN:


             ADJUSTED GROSS INCOME
                    1,503,601.00-

             SELF EMPLOYMENT TAX
                    10,142.00

10-28-2011 RETURN FILED & TAX ASSESSED          250,544.00      11-21-2011
           89221-302-09225-1  201145

04-15-2011 WITHHOLDING                                3,373.00

04-18-2010 ESTIMATED TAX DECLARATION                 50,000.00

06-18-2010 ESTIMATED TAX DECLARATION                 75,000.00

09-21-2010 ESTIMATED TAX DECLARATION                 90,000.00

04-15-2010 OVERPAID CREDIT FROM                     110,492.00
           PRIOR TAX PERIOD

04-15-2011 EXTENSION OF TIME TO FILE
           EXT. DATE   10-15-2011

04-15-2011 EXTENSION OF TIME TO FILE
           EXT. DATE   10-15-2011

04-15-2011 REFUNDABLE CREDIT                            800.00

04-15-2011 OVERPAYMENT CREDIT ELECT                 (79,121.00)
           TRANSFERRED TO NEXT
           TAX PERIOD

09-20-2021 CLAIM DISALLOWED
           29254-643-98002-1       05

12-07-2021 RECEIVED POA/TIA

           ADDITIONAL TAX ASSESSED               0.00          04-18-2022
           09254-487-05426-2  20221305

FORM 4340  (REV. 01-2002)              PAGE   1
```

MARSHALL T & TAMI SAVAGE                EIN/SSN:        4596
                                                        5473


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2010


                                   ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT     DATE
                                   (REVERSAL)    (REVERSAL)
--------------------------------------------------------------------------------

08-16-2023 LEGAL SUIT PENDING


FORM 4340  (REV. 01-2002)                 PAGE    2

A-10

```
MARSHALL T & TAMI SAVAGE                EIN/SSN:        4596
                                                        5473


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2010
--------------------------------------------------------------------------------


BALANCE              0.00

--------------------------------------------------------------------------------
```

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER:_____ Christina L Brandon

PRINT NAME:_____Christina L. Brandon_____

TITLE:_____Accounting Operations Manager_____

DELEGATION ORDER:_____KCSPC-11-5-01_____


LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

        ACCOUNT STATUS DATE 08/30/2023

FORM 4340  (REV. 01-2002)                 PAGE    3

A-11

# Certificate of Official Record

Date     **SEP 0 1 2023**

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Marshall T & Tami Savage covering U.S. Individual Income Tax Return in respect to the tax period ending December 31, 2011 consisting of 3 pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first written.

By direction of the Secretary of the Treasury:

Christina L Brandon

Christina L Brandon
Accounting Operations Manager
Kansas City Submission Processing Center





**Defendant Exhibit**
4

**A-12**

Form **2866** (Rev. 1-2022)     Catalog Number 19002E     publish.no.irs.gov     Department of the Treasury - **Internal Revenue Service**

MARSHALL T & TAMI SAVAGE           EIN/SSN:        4596
                                                   5473

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 2011

|  |  | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT |
| DATE | EXPLANATION OF TRANSACTION | | | DATE |
| --- | --- | --- | --- | --- |

        RETURN PREPARER TIN:


        ADJUSTED GROSS INCOME
             791,843.00-

        SELF EMPLOYMENT TAX
             14,187.00

10-12-2012 RETURN FILED & TAX ASSESSED          213,442.00          11-12-2012
           80221-686-13490-2  201244

04-15-2012 WITHHOLDING                                      120.00

06-17-2011 ESTIMATED TAX DECLARATION                     50,000.00

09-19-2011 ESTIMATED TAX DECLARATION                    100,000.00

04-15-2011 OVERPAID CREDIT FROM                          79,121.00
           PRIOR TAX PERIOD

01-20-2012 ESTIMATED TAX DECLARATION                     61,593.00

04-15-2012 EXTENSION OF TIME TO FILE
           EXT. DATE  10-15-2012

04-20-2012 ESTIMATED TAX DECLARATION                     61,593.00

04-15-2012 EXTENSION OF TIME TO FILE
           EXT. DATE  10-15-2012

04-20-2012 OVERPAYMENT CREDIT ELECT                     (61,593.00)
           TRANSFERRED TO NEXT
           TAX PERIOD

04-15-2012 OVERPAYMENT CREDIT ELECT                     (77,392.00)
           TRANSFERRED TO NEXT
           TAX PERIOD

04-29-2021 AMENDED RETURN FILED
           43277-638-08274-1

FORM 4340  (REV. 01-2002)                 PAGE    1

MARSHALL T & TAMI SAVAGE

EIN/SSN:           4596
                  5473

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2011

|  | | ASSESSMENT, | PAYMENT, | ASSESSMENT |
|---|---|---|---|---|
| DATE | EXPLANATION OF TRANSACTION | OTHER DEBITS | CREDIT | DATE |
|  |  | (REVERSAL) | (REVERSAL) |  |

12-07-2021 RECEIVED POA/TIA

04-29-2021 AMENDED RETURN FILED
           33277-757-00364-1

           ADDITIONAL TAX ASSESSED                    0.00        11-07-2022
           09254-692-05990-2  20224205

08-16-2023 LEGAL SUIT PENDING

FORM 4340  (REV. 01-2002)              PAGE   2

MARSHALL T & TAMI SAVAGE                    EIN/SSN:        4596
                                                            5473


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2011
--------------------------------------------------------------------------------


BALANCE              0.00

--------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.


SIGNATURE OF CERTIFYING OFFICER:     Christina L Brandon

PRINT NAME:_____Christina L. Brandon_____

TITLE:_____Accounting Operations Manager_____

DELEGATION ORDER:_____KCSPC-11-5-01_____


LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

          ACCOUNT STATUS DATE 08/30/2023

FORM 4340  (REV. 01-2002)                    PAGE    3

A-15

# Certificate of Official Record

Date    **SEP 0 1 2023**

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Marshall T & Tami Savage covering U.S. Individual Income Tax Return in respect to the tax period ending December 31, 2012 consisting of 3 pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first written.

By direction of the Secretary of the Treasury:



Christina L Brandon
Accounting Operations Manager
Kansas City Submission Processing Center



**Defendant Exhibit** 5

**A-16**

```
MARSHALL T & TAMI SAVAGE              EIN/SSN:        4596
                                                      5473


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2012

                                      ASSESSMENT,   PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION OTHER DEBITS  CREDIT       DATE
                                      (REVERSAL)    (REVERSAL)
--------------------------------------------------------------------------------

            RETURN PREPARER TIN:


            ADJUSTED GROSS INCOME
                  177,192.00-

            SELF EMPLOYMENT TAX
                  739.00

10-15-2013 RETURN FILED & TAX ASSESSED      101,260.00          11-18-2013
           80211-688-52915-3  201344

04-15-2013 WITHHOLDING                                   8,781.00

06-19-2012 ESTIMATED TAX DECLARATION                    60,000.00

09-17-2012 ESTIMATED TAX DECLARATION                    60,000.00

04-20-2012 OVERPAID CREDIT FROM                         61,593.00
           PRIOR TAX PERIOD

04-15-2012 OVERPAID CREDIT FROM                         77,392.00
           PRIOR TAX PERIOD

01-18-2013 ESTIMATED TAX DECLARATION                    65,000.00

04-15-2013 EXTENSION OF TIME TO FILE
           EXT. DATE  10-15-2013

04-15-2013 EXTENSION OF TIME TO FILE
           EXT. DATE  10-15-2013

04-15-2013 OVERPAYMENT CREDIT ELECT                   (100,000.00)
           TRANSFERRED TO NEXT
           TAX PERIOD

11-18-2013 REFUND                                     (131,506.00)

01-16-2018 RECEIVED POA/TIA

04-29-2021 AMENDED RETURN FILED
           19277-573-02393-1

FORM 4340  (REV. 01-2002)              PAGE   1
```

A-17

MARSHALL T & TAMI SAVAGE                     EIN/SSN:          4596
                                                               5473


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040    TAX PERIOD: DEC  2012


                                          ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS    CREDIT      DATE
                                          (REVERSAL)     (REVERSAL)
-------------------------------------------------------------------------------


07-26-2021 CLAIM DISALLOWED
           09254-587-99001-1        05

04-03-2023 CLAIM DISALLOWED
           49254-468-98142-3        05

08-16-2023 LEGAL SUIT PENDING


FORM 4340  (REV. 01-2002)                    PAGE    2


A-18

MARSHALL T & TAMI SAVAGE                    EIN/SSN:          4596
                                                             5473


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2012
--------------------------------------------------------------------------------


BALANCE             0.00

--------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.


SIGNATURE OF CERTIFYING OFFICER:          _Christina L Brandon_

PRINT NAME:_____Christina L. Brandon_____

TITLE:_____Accounting Operations Manager_____

DELEGATION ORDER:_____KCSPC-11-5-01_____


LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

          ACCOUNT STATUS DATE 08/30/2023

FORM 4340  (REV. 01-2002)                    PAGE    3

A-19

# Certificate of Official Record

Date      SEP 0 1 2023

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Marshall T & Tami Savage covering U.S. Individual Income Tax Return in respect to the tax period ending December 31, 2013 consisting of 3 pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first written.

By direction of the Secretary of the Treasury:

Christina L Brandon

Christina L Brandon
Accounting Operations Manager
Kansas City Submission Processing Center





**Defendant Exhibit**
6

**A-20**

```
MARSHALL T & TAMI SAVAGE                    EIN/SSN:        4596
                                                            5473


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 2013

                                          ASSESSMENT,   PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION    OTHER DEBITS  CREDIT       DATE
                                          (REVERSAL)    (REVERSAL)
--------------------------------------------------------------------------------

            RETURN PREPARER TIN:



            ADJUSTED GROSS INCOME
                      1,992.00-

10-10-2014 RETURN FILED & TAX ASSESSED                  29,018.00   11-10-2014
           80221-683-26509-4  201443

04-15-2014 WITHHOLDING                                  10,558.00

06-14-2013 ESTIMATED TAX DECLARATION                    65,000.00

09-19-2013 ESTIMATED TAX DECLARATION                    65,000.00

04-15-2013 OVERPAID CREDIT FROM                         100,000.00
           PRIOR TAX PERIOD

01-22-2014 ESTIMATED TAX DECLARATION                    65,000.00

04-13-2014 EXTENSION OF TIME TO FILE
           EXT. DATE  10-15-2014

04-15-2014 EXTENSION OF TIME TO FILE
           EXT. DATE  10-15-2014

04-15-2014 OVERPAYMENT CREDIT ELECT                    (100,000.00)
           TRANSFERRED TO NEXT
           TAX PERIOD

11-10-2014 REFUND                                      (176,540.00)

01-16-2018 RECEIVED POA/TIA

04-29-2021 AMENDED RETURN FILED
           19277-565-05767-1

08-02-2021 CLAIM DISALLOWED
           09254-589-99000-1        05

FORM 4340  (REV. 01-2002)              PAGE    1
```

MARSHALL T & TAMI SAVAGE          EIN/SSN:        4596
                                                 5473


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040    TAX PERIOD: DEC  2013


                                  ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT      DATE
                                  (REVERSAL)    (REVERSAL)
--------------------------------------------------------------------------------

            ADDITIONAL TAX ASSESSED                   0.00      03-27-2023
            89254-466-96000-3  20231005

08-16-2023 LEGAL SUIT PENDING


FORM 4340  (REV. 01-2002)              PAGE   2

MARSHALL T & TAMI SAVAGE                 EIN/SSN:          4596
                                                           5473

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC 2013
---------------------------------------------------------------------------------


BALANCE            0.00

---------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER:_____Christina L Brandon

PRINT NAME:_____Christina L. Brandon_____

TITLE:_____Accounting Operations Manager_____

DELEGATION ORDER:_____KCSPC-11-5-01_____


LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

          ACCOUNT STATUS DATE 08/30/2023

FORM 4340  (REV. 01-2002)                    PAGE    3

**A-23**

# Certificate of Official Record

Date    SEP 0 1 2023

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Marshall T & Tami Savage covering U.S. Individual Income Tax Return in respect to the tax period ending December 31, 2014 consisting of 3 pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first written.

By direction of the Secretary of the Treasury:



Christina L Brandon
Accounting Operations Manager
Kansas City Submission Processing Center



**Defendant Exhibit**
7

A-24

Form **2866** (Rev. 1-2022)          Catalog Number 19002E          publish.no.irs.gov          Department of the Treasury - **Internal Revenue Service**

```
--------------------------------------------------------------------------------

MARSHALL T & TAMI SAVAGE                EIN/SSN:        4596
                                                        5473


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2014

                                        ASSESSMENT,   PAYMENT,    ASSESSMENT
DATE         EXPLANATION OF TRANSACTION OTHER DEBITS  CREDIT      DATE
                                        (REVERSAL)    (REVERSAL)
--------------------------------------------------------------------------------

             RETURN PREPARER TIN:



             ADJUSTED GROSS INCOME
                      23,822.00-

10-14-2015 RETURN FILED & TAX ASSESSED        184,232.00          11-09-2015
           80211-687-17431-5  201542

04-15-2015 WITHHOLDING                                   9,264.00

04-20-2014 ESTIMATED TAX DECLARATION                    65,000.00

06-19-2014 ESTIMATED TAX DECLARATION                    65,000.00

09-18-2014 ESTIMATED TAX DECLARATION                    65,000.00

04-15-2014 OVERPAID CREDIT FROM                        100,000.00
           PRIOR TAX PERIOD

04-15-2015 EXTENSION OF TIME TO FILE
           EXT. DATE  10-15-2015

04-15-2015 EXTENSION OF TIME TO FILE
           EXT. DATE  10-15-2015

04-15-2015 SUBSEQUENT PAYMENT                           65,000.00

04-15-2015 OVERPAYMENT CREDIT ELECT                   (100,000.00)
           TRANSFERRED TO NEXT
           TAX PERIOD

11-09-2015 REFUND                                      (85,032.00)

01-16-2018 RECEIVED POA/TIA

03-20-2018 AMENDED RETURN FILED
           33277-508-00384-8

FORM 4340  (REV. 01-2002)                 PAGE   1
```

**A-25**

MARSHALL T & TAMI SAVAGE                    EIN/SSN:            4596
                                                               5473

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 2014

|  |  | ASSESSMENT, | PAYMENT, | ASSESSMENT |
| --- | --- | --- | --- | --- |
| DATE | EXPLANATION OF TRANSACTION | OTHER DEBITS (REVERSAL) | CREDIT (REVERSAL) | DATE |

03-20-2018 AMENDED RETURN FILED
           28277-584-02856-8

           ADDITIONAL TAX ASSESSED                       0.00        04-06-2020
           49254-476-06963-0  20201205

04-15-2015 REFUNDABLE CREDIT                          1,000.00

05-31-2021 PRIOR TAX ABATED BY            184,232.00-
           EXAMINATION
           AGREED AUDIT DEFICIENCY
           PRIOR TO 30 OR 60 DAY
           LETTER
           49247-526-00072-1

05-31-2021 RENUMBERED RETURN
           49247-526-00072-1

06-07-2021 REFUND                                  (238,512.78)

06-07-2021 INTEREST DUE TAXPAYER                     53,280.78

08-16-2023 LEGAL SUIT PENDING

FORM 4340  (REV. 01-2002)                 PAGE    2

MARSHALL T & TAMI SAVAGE                    EIN/SSN:         4596
                                                            5473

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2014
--------------------------------------------------------------------------------

BALANCE            0.00

--------------------------------------------------------------------------------

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED
ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION
FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND
ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS
DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN
BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS
TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY
OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER:_____Christina L Brandon

PRINT NAME:_____Christina L. Brandon

TITLE:_____Accounting Operations Manager

DELEGATION ORDER:_____KCSPC-11-5-01

LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

          ACCOUNT STATUS DATE 08/30/2023

FORM 4340  (REV. 01-2002)                    PAGE    3

A-27